UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

Case No.: 15-01365-jw

### ORDER GRANTING RELIEF FROM STAY BASED UPON
### FAILURE TO COMPLY WITH SETTLEMENT ORDER

The relief set forth on the following pages, for a total of two (2) pages including this page, is hereby **ORDERED**.

**FILED BY THE COURT**
**06/07/2019**



*John E Waites*

US Bankruptcy Judge
District of South Carolina

Entered: 06/07/2019

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Maxie Williams,<br><br>                      Debtor(s). | Case No.: 15-01365-jw<br><br>Chapter 13<br><br>**ORDER GRANTING**<br>**RELIEF FROM STAY**<br>**BASED UPON FAILURE TO COMPLY**<br>**WITH SETTLEMENT ORDER** |

This matter comes before the Court upon the Affidavit of Default and Request for Further Hearing filed by Nationstar Mortgage LLC as servicing agent for U.S. Bank National Association as Indenture Trustee for Cim Trust 2015-2ag Mortgage-Backed Notes, Series 2015-2AG ("Movant"), which indicates that Debtor(s) have failed to comply with the terms of the Settlement Order, entered on April 21, 2017, by failing to make the regular monthly payments due May 2018 forward, in accordance with the Settlement Order. Therefore, it is

ORDERED that relief from the automatic stay is granted as to the property described as 439 Woodberry Rd, Johnsonville, SC 29555, and that Movant may proceed with its state court remedies against the property, including sending any required notice to Debtor(s). The Movant has agreed to waive any claim arising under 11 U.S.C. § 503(b) or § 507(b) as a result of this Order, and has further agreed that any funds realized in excess of all liens, costs, and expenses will be paid to the Trustee.

IT IS FURTHER ORDERED that:

☒ Based upon Debtor(s)' prior agreement to Movant's request regarding the Fed. R. Bankr. P. 4001(a)(3) stay, this order is effective immediately.

☐ Pursuant to Fed. R. Bankr. P. 4001(a)(3), this order is stayed until the expiration of 14 days after its entry).

**AND IT IS SO ORDERED.**